# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEM REV ALPHA LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELOY MENDOZA,<br><br>  Defendant. | Case No. 1:20-cv-01475-NONE-SAB<br><br>ORDER GRANTING DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Defendant Eloy Mendoza, proceeding pro se in this action, removed this action from the Stanislaus County Superior Court. (ECF No. 1.) Along with the notice of removal, Plaintiff filed an application to proceed *in forma pauperis* in this matter. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, the Court GRANTS Defendant's application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **October 20, 2020**

UNITED STATES MAGISTRATE JUDGE

1